ACCEPTED
03-14-00418-CV
4659899
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/26/2015 3:19:49 PM
WILLIAM S. RHEJEFFREY D. KYLE
CLERK

# DuBois
# Bryant
# &
# Campbell LLP
### ATTORNEYS

303 Colorado, Ste. 2300
Austin, Texas 78701
(512) 381-8090 phone
(512) 457-8008 fax

wrhea@dbcllp.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/26/2015 3:19:49 PM

JEFFREY D. KYLE
Clerk

March 26, 2015

Jeffrey D. Kyle, Clerk
Court of Appeals, Third District of Texas
P.O. Box 12547
Austin, Texas  78711

Re:   Court of Appeals Number 03-14-00418-CV; *Keith H. Lamy and Keith H. Lamy, M.D., P.A. v. John Hancock Life & Health Insurance Company*

Dear Mr. Kyle:

Thank you for your letter dated March 24, 2015.  Please be advised that I intend to argue this case before the Court on behalf of Appellee, John Hancock Life & Health Insurance Company.  Please feel free to contact me with any questions

Very truly yours,

William S. Rhea

WSR/mrs

cc:   Alan B. Rich

2060522.1